UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans, Inc.

In Re:

Sean McCormick & Pamela McCormick,

Debtors.

Case No.: ____18-22949-JNP____

Chapter: ____13____

Hearing Date: ____9/19/2018____

Judge: ____Poslusny____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 13)

_____

Date: 9/17/2018                                    /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*