IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MAIN DISTRICT OF NEW JERSEY

IN RE:

PAULA MCCORMICK

Bankruptcy No. 18-22949

Chapter 13
Proof of Claim No. 16

Debtor(s),

_____

NOTICE OF CHANGE OF MAILING AND
CHAPTER 13 PAYMENT RECEIVING ADDRESS

NOW COMES Absolute Resolutions Corporation, agent for the creditor Absolute Resolutions Investments, LLC before this Court to give notice to all parties in interest of a change in mailing address and Chapter 13 payment address for the above referenced case. Effective immediately the new address for all notices, correspondences and payments will be:

**Absolute Resolutions Investments, LLC**
**c/o Absolute Resolutions Corporation**
**8000 Norman Center Drive, Suite 350**
**Bloomington, MN 55437**

Respectfully Submitted:

By: /s/ Ashley Gjorgjeski
Ashley Gjorgjeski
Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437
(800) 713-0670