UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans, Inc.

In Re:

Sean McCormick & Paula McCormick,

Debtors.

Case No.:        18-22949-JNP

Chapter:         13

Hearing Date:    12/18/2018

Judge:           Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled             ☐ Withdrawn

Matter: Motion for Relief from Stay (Docket # 24)

_____

Date: 12/17/2018                                    /s/ Denise Carlon
                                                    Signature

*rev.8/1/15*