Melissa Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on August 20, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Sean Terrance McCormick and Paula Anne McCormick, | Case No. 18-22949-JNP |
| | Hearing Date: |
| Debtors. | Judge: Jerrold N. Poslusny, Jr. |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

DATED: August 20, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtors: | Sean Terrance McCormick and Paula Anne McCormick |
| Case No.: | 18-22949 |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the motion of U.S. Bank National Association ("Movant"), by Creditor's Motion For Relief From The Automatic Stay with respect to the property known 2012 Chevrolet Equinox LT, VIN: 2GNALDEK7C6326507, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent five (5) post-petition payments due March 5, 2019 through July 5, 2019, each in the amount of $267.00, less suspense in the amount of $9.00, for a total delinquency of $1,326.00.

2. Debtors shall make a lump sum payment to Movant towards the arrears in secured funds in the amount of $1,326.00 no later than August 15, 2019.

3. Debtors shall resume post-petition payments to be paid timely and in full with the August 5, 2019 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 2012 Chevrolet Equinox LT, VIN: 2GNALDEK7C6326507.

Page 3

Debtors: Sean Terrance McCormick and Paula Anne McCormick
Case No.: 18-22949
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By: _____
Melissa Lickery
Phillip Raymond
Date: 8.2.19

Law Office of Francis Landgrebe
Attorney for the Debtors

By: _____
Francis Landgrebe
Date: 8/6/19