Melissa Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on August 20, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Sean Terrance McCormick and Paula Anne McCormick, | Case No. 18-22949-JNP |
|  | Hearing Date: |
| Debtors. | Judge: Jerrold N. Poslusny, Jr. |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: August 20, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtors: | Sean Terrance McCormick and Paula Anne McCormick |
| Case No.: | 18-22949 |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the motion of U.S. Bank National Association ("Movant"), by Creditor's Motion For Relief From The Automatic Stay with respect to the property known 2012 Chevrolet Equinox LT, VIN: 2GNALDEK7C6326507, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent five (5) post-petition payments due March 5, 2019 through July 5, 2019, each in the amount of $267.00, less suspense in the amount of $9.00, for a total delinquency of $1,326.00.

2. Debtors shall make a lump sum payment to Movant towards the arrears in secured funds in the amount of $1,326.00 no later than August 15, 2019.

3. Debtors shall resume post-petition payments to be paid timely and in full with the August 5, 2019 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 2012 Chevrolet Equinox LT, VIN: 2GNALDEK7C6326507.

Page 3

| | |
|---|---|
| Debtors: | Sean Terrance McCormick and Paula Anne McCormick |
| Case No.: | 18-22949 |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By: _____
Melissa Licker
Phillip Raymond

Date: 8.2.19

Law Office of Francis Landgrebe
Attorney for the Debtors

By: _____
Francis Landgrebe

Date: 8/6/19

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-22949-JNP
Sean Terrance McCormick                                                         Chapter 13
Paula Anne McCormick
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Aug 20, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db/jdb          Sean Terrance McCormick,    Paula Anne McCormick,    849 Buckwood Lane,
                 Vineland, NJ  08361-6592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis    Landgrebe    on behalf of Debtor Sean Terrance McCormick flandgrebe@verizon.net,
               r61604@notify.bestcase.com
              Francis    Landgrebe    on behalf of Joint Debtor Paula Anne McCormick flandgrebe@verizon.net,
               r61604@notify.bestcase.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8