Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-22949 (JNP)**

Sean T. Mc Cormick and Paula A. Mc Cormick  
849 Buckwood Lane  
Vineland, NJ  08361-6592

Monthly Payment: $388.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2019 | $388.00 | 02/08/2019 | $388.00 | 03/11/2019 | $388.00 | 04/15/2019 | $388.00 |
| 05/13/2019 | $388.00 | 06/17/2019 | $388.00 | 07/10/2019 | $388.00 | 08/12/2019 | $388.00 |
| 09/16/2019 | $388.00 | 10/23/2019 | $388.00 | 11/20/2019 | $388.00 | 12/17/2019 | $388.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SEAN T. MC CORMICK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | FRANCIS C. LANDGREBE, ESQUIRE | 13 | $3,210.00 | $3,210.00 | $0.00 | $1,501.88 |
| 1 | AMERICAN EDUCATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARS NATIONAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AXA EQUITABLE LIFE INSURANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ADMIN RECOVERY LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ALLIED INTERSTATE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMAZON SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN EXPRESS | 33 | $6,082.13 | $0.00 | $6,082.13 | $0.00 |
| 9 | ATLANTIC CREDIT & FINANCE INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | BANK OF AMERICA, N.A. | 33 | $3,640.02 | $0.00 | $3,640.02 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,900.66 | $0.00 | $3,900.66 | $0.00 |
| 12 | CAPITAL ONE BANK USA, N.A. | 33 | $10,449.09 | $0.00 | $10,449.09 | $0.00 |
| 13 | CENTRAL CREDIT SERVICES LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,507.57 | $0.00 | $1,507.57 | $0.00 |
| 16 | DISCOVER BANK | 33 | $15,845.42 | $0.00 | $15,845.42 | $0.00 |
| 17 | EGS FINANCIAL CARE INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ENCORE RECEIVABLE MANAGEMENT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | HAYT HAYT & LANDAU LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | HYUNDAI CAPITAL AMERICA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 28 | $6,247.16 | $0.00 | $6,247.16 | $0.00 |
| 22 | JC PENNEY SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | LENSCRAFTERS SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | LOWES SYNCB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | NATIONWIDE CREDIT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | NORTHSTAR LOCATION SERV | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | QUICKEN LOANS, INC. | 24 | $9,406.87 | $2,333.27 | $7,073.60 | $1,691.72 |
| 29 | REWARDS OF SPORTS CARD SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $896.19 | $0.00 | $896.19 | $0.00 |
| 31 | STATE OF NEW JERSEY | 28 | $914.53 | $0.00 | $914.53 | $0.00 |
| 32 | TD BANK, N.A. | 33 | $5,510.34 | $0.00 | $5,510.34 | $0.00 |
| 33 | TARGET TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | U.S. BANK, N.A. | 24 | $1,084.00 | $268.87 | $815.13 | $194.94 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,436.11 | $0.00 | $4,436.11 | $0.00 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $781.64 | $0.00 | $781.64 | $0.00 |
| 38 | FRANCIS LANDGREBE, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | PAULA ANNE MCCORMICK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | DISCOVER BANK | 33 | $7,946.99 | $0.00 | $7,946.99 | $0.00 |
| 42 | AMERICAN EXPRESS | 33 | $817.74 | $0.00 | $817.74 | $0.00 |
| 43 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC | 33 | $700.95 | $0.00 | $700.95 | $0.00 |
| 44 | AMERICAN INFOSOURCE, LP | 33 | $344.03 | $0.00 | $344.03 | $0.00 |
| 45 | SYNCHRONY BANK | 33 | $427.63 | $0.00 | $427.63 | $0.00 |
| 46 | DEPARTMENT OF THE TREASURY | 33 | $92.77 | $0.00 | $92.77 | $0.00 |
| 47 | QUICKEN LOANS, INC. | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2018 | 2.00 | $0.00 |
| 09/01/2018 | Paid to Date | $1,080.00 |
| 10/01/2018 | 57.00 | $388.00 |
| 07/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,656.00 |
| Total paid to creditors this period: | $3,919.54 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $388.00 |
| Attorney: | FRANCIS C. LANDGREBE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**