# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### CAMDEN

**Daniel L. Reinganum, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

--------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Sean & Paula McCormick, | : | Case No. 18-22949 |
| | : | |
| **Debtors** | : | |

--------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 52 INCORRECT NOTICE FOR REQUEST FOR LOSS MITIGATION FILED ON APRIL 7, 2022

I, **Daniel L. Reinganum, Esq.,** counsel to Debtor(s), **Sean & Paula McCormick,** hereby withdraw document no. **52**, Incorrect Notice For Request For Loss Mitigation filed **4/7/2022** in the above referenced matter.

McDowell Law, PC

Dated:  April 7, 2022        *By:/s/***Daniel L. Reinganum**
                **Daniel L. Reinganum,** Esq.
                Attorney for the Debtor(s)