Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–22949–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sean Terrance McCormick | Paula Anne McCormick |
| 849 Buckwood Lane | 849 Buckwood Lane |
| Vineland, NJ 08361–6592 | Vineland, NJ 08361–6592 |

Social Security No.:
   xxx–xx–2209                 xxx–xx–2643

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 21, 2018.

On 6/17/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                  July 20, 2022
Time:                  09:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 17, 2022
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:

Sean Terrance McCormick

Paula Anne McCormick

    Debtors

Case No. 18-22949-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: 185 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Sean Terrance McCormick, Paula Anne McCormick, 849 Buckwood Lane, Vineland, NJ 08361-6592 |
| r | #+ | Jan Elwell, Maturo Realty Group, 1080 E. Landis Ave., Vineland, NJ 08360-4042 |
| 517615558 | | AXA Equitable Life Insurance, Attn Bankruptcy Dept, PO Box 1047, Charlotte, NC 28201-1047 |
| 517615550 | +++ | Absolute Resolutions Investments LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 517730953 | | Absolute Resolutions Investments, LLC, c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 517615560 | + | Best Buy Company, Inc., 7601 Penn Ave South, Richfield, MN 55423-3683 |
| 517615567 | | Encore Receivable Management Inc, 400 N Rogers Rd, PO Box 3330, Olathe, KS 66063-3330 |
| 517615568 | | Hayt Hayt & Landau LLC, Meridian Center 1, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 517615579 | | Staples Card Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517615580 | | State Of New Jersey, Division Of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517793488 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517659343 | + | TD Bank, N.A, c/o Schiller, Knapp, Lefkowitz, & Hertze, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517663746 | + | TD Bank, N.A., Richard J. Tracy,III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517615581 | | Target TD Bank, PO Box 9547, Portland, ME 04112-9547 |
| 517615583 | + | Upomise Card Barclay Bank, 1007 N Orange Street, Wilmington, DE 19801-1239 |

TOTAL: 15

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 17 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 17 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517615552 | | Email/Text: bncnotifications@pheaa.org | Jun 17 2022 20:44:00 | AES Loan Servicing, PO Box 2461, Harrisburg, PA 17105-2461 |
| 517615556 | + | Email/Text: legal@arsnational.com | Jun 17 2022 20:44:00 | ARS National Services, Attn Bankruptcy, 201 W Grand Avenue, Escondido, CA 92025-2603 |
| 517615551 | | Email/Text: customercare@adminrecovery.com | Jun 17 2022 20:45:00 | Admin Recovery LLC, 45 Earhart Dr Ste 102, Buffalo, NY 14221-7809 |
| 517615554 | | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2022 20:56:43 | Amazon Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

| 517615555 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jun 17 2022 20:56:25 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 517735419 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jun 17 2022 20:56:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517615557 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 17 2022 20:44:00 | Atlantic Credit & Finance Inc, 3353 Orange Ave NE, PO Box 13386, Roanoke, VA 24033-3386 |
| 517691800 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Jun 17 2022 20:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517615559 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Jun 17 2022 20:43:00 | Bank of America, N.A., Bankruptcy Department, NC4-105-02-99, PO Box 26012, Greensboro, NC 27420-6012 |
| 517615561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 17 2022 20:56:23 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517671433 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 17 2022 20:56:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517615562 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Jun 17 2022 20:44:00 | Central Credit Services LLC, Bankruptcy/Legal Dept, 500 N Franklin Turnpike Ste 200, Ramsey, NJ 07446-1160 |
| 517615563 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 17 2022 20:56:50 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517615564 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 17 2022 20:56:34 | Dicks Sporting Goods Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517615565 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 17 2022 20:44:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 517629194 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 17 2022 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517615566 | + | Email/Text: egssupportservices@alorica.com | | |
| | | | Jun 17 2022 20:44:00 | EGS Financial Care Inc, 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 517615569 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jun 17 2022 20:45:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517655746 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Jun 17 2022 20:45:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517615570 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jun 17 2022 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517615571 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 17 2022 20:56:33 | JC Penney Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517615572 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 17 2022 20:56:44 | LensCrafters Synchrony Bank, Attn Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 517615573 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 17 2022 20:56:43 | Lowes SYNCB, Bankruptcy Dept, PO Box 960061, Orlando, FL 32896-0661 |
| 517615574 | + | Email/Text: NCI_bankonotify@ncirm.com | | |
| | | | Jun 17 2022 20:44:00 | Nationwide Credit Inc, PO Box 14581, Des Moines, IA 50306-3581 |
| 517615575 | ^ | MEBN | | |
| | | | Jun 17 2022 20:41:06 | Northstar Location Serv, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 517615576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 17 2022 20:56:37 | Portfolio Recovery, Attn Bankruptcy, 140 Corporate Blvd, Norfolk, VA 23541 |
| 517719037 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 17 2022 20:56:27 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517727981 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 17 2022 20:56:26 | Portfolio Recovery Associates, LLC, c/o Dicks |

District/off: 0312-1                         User: admin                                   Page 3 of 4
Date Rcvd: Jun 17, 2022                   Form ID: 185                           Total Noticed: 57

|  |  |  |  |
|---|---|---|---|
|  |  |  | Sporting Goods, POB 41067, Norfolk VA 23541 |
| 517719042 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Jun 17 2022 20:56:45 | Portfolio Recovery Associates, LLC, c/o Staples Consumer, POB 41067, Norfolk VA 23541 |
| 517733104 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Jun 17 2022 20:56:36 | Portfolio Recovery Associates, LLC, c/o Upromise, POB 41067, Norfolk VA 23541 |
| 517727982 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Jun 17 2022 20:56:45 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 517615577 | + Email/Text: bankruptcyteam@quickenloans.com | | |
|  |  | Jun 17 2022 20:45:00 | Quicken Loans Inc, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517615578 | Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Jun 17 2022 20:56:33 | Rewards of Sports Card Synchrony Bank, Attn Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 517719035 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Jun 17 2022 20:56:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517617967 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Jun 17 2022 20:56:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517615582 | Email/Text: bankruptcy@td.com | | |
|  |  | Jun 17 2022 20:44:00 | TD Bank, Attn Bankruptcy Dept, PO Box 9547, Portland, ME 04112-9547 |
| 517697530 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
|  |  | Jun 17 2022 20:44:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 517615584 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
|  |  | Jun 17 2022 20:44:00 | US Bank, Bankruptcy/Legal Dept, 800 Nicollet Mall, BC-MN-H02T, Minneapolis, MN 55402 |
| 517721586 | + Email/PDF: ebn_ais@aisinfo.com | | |
|  |  | Jun 17 2022 20:56:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517615585 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|  |  | Jun 17 2022 20:44:00 | Victorias Secret Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517663573 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517615553 | ##+ | Allied Interstate, 7525 West Campus Rd, New Albany, OH 43054-1121 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Joint Debtor Paula Anne McCormick DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Debtor Sean Terrance McCormick DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8