Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−22949−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean Terrance McCormick
849 Buckwood Lane
Vineland, NJ 08361−6592

Paula Anne McCormick
849 Buckwood Lane
Vineland, NJ 08361−6592

Social Security No.:
  xxx−xx−2209                          xxx−xx−2643

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 7, 2022.

Dated: September 7, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-22949-JNP

Sean Terrance McCormick                                                                   Chapter 13

Paula Anne McCormick

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                     Page 1 of 4

Date Rcvd: Sep 07, 2022                           Form ID: plncf13                               Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Sean Terrance McCormick, Paula Anne McCormick, 849 Buckwood Lane, Vineland, NJ 08361-6592 |
| r | #+ | Jan Elwell, Maturo Realty Group, 1080 E. Landis Ave., Vineland, NJ 08360-4042 |
| 517615558 | | AXA Equitable Life Insurance, Attn Bankruptcy Dept, PO Box 1047, Charlotte, NC 28201-1047 |
| 517615550 | +++ | Absolute Resolutions Investments LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 517730953 | | Absolute Resolutions Investments, LLC, c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 517615560 | + | Best Buy Company, Inc., 7601 Penn Ave South, Richfield, MN 55423-3683 |
| 517615567 | | Encore Receivable Management Inc, 400 N Rogers Rd, PO Box 3330, Olathe, KS 66063-3330 |
| 517615568 | | Hayt Hayt & Landau LLC, Meridian Center 1, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 517615579 | | Staples Card Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517615580 | | State Of New Jersey, Division Of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517793488 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517659343 | + | TD Bank, N.A, c/o Schiller, Knapp, Lefkowitz, & Hertze, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517663746 | + | TD Bank, N.A., Richard J. Tracy,III, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517615581 | | Target TD Bank, PO Box 9547, Portland, ME 04112-9547 |
| 517615583 | + | Upomise Card Barclay Bank, 1007 N Orange Street, Wilmington, DE 19801-1239 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517615552 | | Email/Text: bncnotifications@pheaa.org | Sep 07 2022 20:35:00 | AES Loan Servicing, PO Box 2461, Harrisburg, PA 17105-2461 |
| 517615556 | + | Email/Text: legal@arsnational.com | Sep 07 2022 20:35:00 | ARS National Services, Attn Bankruptcy, 201 W Grand Avenue, Escondido, CA 92025-2603 |
| 517615551 | | Email/Text: customercare@adminrecovery.com | Sep 07 2022 20:35:00 | Admin Recovery LLC, 45 Earhart Dr Ste 102, Buffalo, NY 14221-7809 |
| 517615554 | | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 20:44:52 | Amazon Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

District/off: 0312-1        User: admin        Page 2 of 4

Date Rcvd: Sep 07, 2022        Form ID: plncf13        Total Noticed: 57

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517615555 | | Email/PDF: bncnotices@becket-lee.com | Sep 07 2022 20:44:43 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 517735419 | | Email/PDF: bncnotices@becket-lee.com | Sep 07 2022 20:44:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517615557 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2022 20:35:00 | Atlantic Credit & Finance Inc, 3353 Orange Ave NE, PO Box 13386, Roanoke, VA 24033-3386 |
| 517691800 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 07 2022 20:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517615559 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2022 20:35:00 | Bank of America, N.A., Bankruptcy Department, NC4-105-02-99, PO Box 26012, Greensboro, NC 27420-6012 |
| 517615561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 07 2022 20:45:03 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517671433 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 07 2022 20:44:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517615562 | + | Email/Text: ngisupport@radiusgs.com | Sep 07 2022 20:35:00 | Central Credit Services LLC, Bankruptcy/Legal Dept, 500 N Franklin Turnpike Ste 200, Ramsey, NJ 07446-1160 |
| 517615563 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2022 20:44:56 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517615564 | | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 20:45:04 | Dicks Sporting Goods Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517615565 | | Email/Text: mrdiscen@discover.com | Sep 07 2022 20:35:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 517629194 | | Email/Text: mrdiscen@discover.com | Sep 07 2022 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517615566 | + | Email/Text: egssupportservices@alorica.com | Sep 07 2022 20:35:00 | EGS Financial Care Inc, 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 517615569 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 07 2022 20:36:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517655746 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 07 2022 20:36:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517615570 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2022 20:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517615571 | | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 20:44:41 | JC Penney Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517615572 | | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 20:45:03 | LensCrafters Synchrony Bank, Attn Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 517615573 | | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 20:44:41 | Lowes SYNCB, Bankruptcy Dept, PO Box 960061, Orlando, FL 32896-0661 |
| 517615574 | + | Email/Text: NCI_bankonotify@ncirm.com | Sep 07 2022 20:35:00 | Nationwide Credit Inc, PO Box 14581, Des Moines, IA 50306-3581 |
| 517615575 | ^ | MEBN | Sep 07 2022 20:33:01 | Northstar Location Serv, 4285 Genesee St, Cheektowaga, NY 14225-1943 |
| 517615576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 20:44:54 | Portfolio Recovery, Attn Bankruptcy, 140 Corporate Blvd, Norfolk, VA 23541 |
| 517719037 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 20:44:55 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 517727981 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 20:44:55 | Portfolio Recovery Associates, LLC, c/o Dicks |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: plncf13 | Total Noticed: 57 |

|  |  |  | Sporting Goods, POB 41067, Norfolk VA 23541 |
|---|---|---|---|
| 517719042 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 20:44:54 | Portfolio Recovery Associates, LLC, c/o Staples Consumer, POB 41067, Norfolk VA 23541 |
| 517733104 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 20:44:43 | Portfolio Recovery Associates, LLC, c/o Upromise, POB 41067, Norfolk VA 23541 |
| 517727982 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 20:44:55 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 517615577 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 07 2022 20:35:00 | Quicken Loans Inc, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517615578 | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 20:45:03 | Rewards of Sports Card Synchrony Bank, Attn Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 517719035 | + Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 20:44:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517617967 | + Email/PDF: gecsedi@recoverycorp.com | Sep 07 2022 20:44:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517615582 | Email/Text: bankruptcy@td.com | Sep 07 2022 20:35:00 | TD Bank, Attn Bankruptcy Dept, PO Box 9547, Portland, ME 04112-9547 |
| 517697530 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 07 2022 20:35:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 517615584 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 07 2022 20:35:00 | US Bank, Bankruptcy/Legal Dept, 800 Nicollet Mall, BC-MN-H02T, Minneapolis, MN 55402 |
| 517721586 | + Email/PDF: ebn_ais@aisinfo.com | Sep 07 2022 20:44:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517615585 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2022 20:35:00 | Victorias Secret Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517663573 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517615553 | ##+ | Allied Interstate, 7525 West Campus Rd, New Albany, OH 43054-1121 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel L Reinganum | on behalf of Joint Debtor Paula Anne McCormick DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Daniel L Reinganum | on behalf of Debtor Sean Terrance McCormick DanielR@McDowellLegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor U.S. Bank National Association phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8