# *Office of the Chapter 13 Standing Trustee*

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

*Jane L. McDonald, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

May 17, 2023

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**  
*\*Certified Bankruptcy Specialist*

SEAN T. MC CORMICK  
PAULA A. MC CORMICK  
849 BUCKWOOD LANE  
VINELAND, NJ 08361-6592

RE: Chapter 13 Bankrupcty  
Case No.:    18-22949-JNP

Dear SEAN T. MC CORMICK & PAULA A. MC CORMICK:

    A review of your file and accounting records indicate that you have successfully paid off your Chapter 13 Plan. If you have your Trustee plan payments deducted from your pay (wage order), please send a copy of this letter to your employer as notification that your case has been closed as complete and, as such, no further funds should be deducted from your wages for the purpose of funding your Chapter 13 Plan.

    In addition, please note that even though you have completed your plan, you still may not receive a Discharge unless the following conditions are met:

    1. You must complete, sign, and file a Certification in Support of Discharge with the Clerk of the Bankruptcy Court; and

    2. You must file the Certification you obtained for completing your Instructional Course Concerning Financial Management with the Clerk of the Bankruptcy Court. If you have not completed the required Personal Financial Management course, a free course is available. See enclosed for additional information.

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:  
P.O. Box 1978  
Memphis, TN 38101-1978

Form: CHH-LTR-20009-01

In the event a Certification in Support of Discharge was filed with the Court prior to receipt of this letter, the Certification is considered invalid and should be re-filed with the Court.

If you do not comply with the above-referenced conditions, the Bankruptcy Court may close your case without a discharge. This may have negative implications. The Certification in Support of Discharge can be found on the Bankruptcy Court's website (www.njb.uscourts.gov). If you have any questions concerning the issuance of your discharge, you should immediately contact your attorney.

Please be advised that any remaining payments due to your creditors will be made during our next scheduled disbursement cycle. A Final Report will be generated after all checks have cleared our bank. Once the Final Report is filed with the United States Bankruptcy Court and the conditions oulined in this letter are met, the Bankruptcy Court will provide you with a Discharge Order of Debtor after completion of Chapter 13 Plan Order. This process may take approximately four months.

If you should have any questions, please contact your attorney.

Very truly yours,
Office of the Chapter 13 Standing Trustee

/s/ Isabel C. Balboa

Isabel C. Balboa
Chapter 13 Standing Trustee

ICB:

Enclosure(s)
Additional approved agencies for Debtor Education can be found at
https://www.justice.gov/ust/list-approved-providers-personal-financial-management-instructional-courses-debtor-education **

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Form: CHH-LTR-20009-01

## COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE IS REQUIRED TO EARN YOUR DISCHARGE!

Online Chapter 13 Bankruptcy Course
Finally Financial Freedom!

The Trustees' Educations Network (TEN) – an affiliate of the National Association of Chapter 13 Trustees – has created an online financial management course for the benefit and financial education of Chapter 13 debtors. This course is approved by the United States Trustee Program.

# THIS COURSE IS FREE!

IT IS BEST IF THIS COURSE IS COMPLETED **PRIOR** TO YOUR

341 HEARING WITH THE TRUSTEE

## SIGN UP ONLINE AT WWW.13CLASS.COM

### WHAT YOU WILL NEED TO SIGN UP

- Your Trustee's Unique Trustee Identification Number (TIN): **TEN13011**
- Your Trustee's Name which is: **Isabel Balboa**
- Your Chapter 13 Bankruptcy Case Number (numbers only; no letters; no dashes)
- Your full name "exactly" as it is shown on your bankruptcy petition
- A valid email address (each debtor, including spouses, will need to register separately and use a separate email address)
- Your phone number including area code
- Your attorney's name
- Your attorney's email address (if available)

You must complete the entire course (all lessons and quizzes) to receive a "Certificate of Completion" from the Trustees' Education Network (TEN). Once you complete all course work, the Trustees' Education Network will send a "Certificate of Completion" to you and the Bankruptcy Court within three business days.

*Other course providers may charge you a fee for this course, however this course is provided FREE by your Chapter 13 Trustee through the Trustees' Education Network (TEN)*