Certificate Number: 02470-NJ-DE-037463206

Bankruptcy Case Number: 18-22949



02470-NJ-DE-037463206

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 26, 2023, at 7:48 o'clock AM EDT, Paula Anne McCormick completed a course on personal financial management given by internet by Isabel C. Balboa, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 26, 2023

By: /s/Kathy Mills

Name: Kathy Mills

Title: TENS Instructor