| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Sean Terrance McCormick**<br>**Paula Anne McCormick** | Case No.  **18-22949**<br><br>Chapter:  **13**<br><br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __**Paula Anne McCormick**__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __**May 19, 2023**__                    /s/ Paula Anne McCormick
                                              **Paula Anne McCormick**
                                              Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18