Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–22949–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean Terrance McCormick
849 Buckwood Lane
Vineland, NJ 08361–6592

Paula Anne McCormick
849 Buckwood Lane
Vineland, NJ 08361–6592

Social Security No.:
xxx–xx–2209

xxx–xx–2643

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Sean Terrance McCormick and Paula Anne McCormick
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: June 21, 2023
JAN: dmb

Jeanne Naughton, Clerk